**Order entered January 30, 2018**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-17-00256-CV

_____

**CAROLYN JAMES, G. WESLEY URQUHART, G. WESLEY URQUHART, P.C. AND MARY ELIZABETH URQUHART, Appellants**

**V.**

**RICHARD STEPHEN CALKINS, INDIVIDUALLY AND AS AGENT-IN-FACT, FOR MARY OLIVE CALKINS, AND MICHAEL EASTON, Appellees**

---

**On Appeal from the 61st District Court**
**Harris County, Texas**
**Trial Court Case No. 2011-21236**

---

### MEMORANDUM ORDER

Appellant Carolyn James has filed a motion to dismiss her appeal, and Appellees do not oppose the motion. We **grant** this motion and **dismiss** the appeal of appellant Carolyn James. *See* TEX. R. APP. P. 42.1(a)(1), (b). The appeal of G.

Wesley Urquhart, G. Wesley Urquhart, P.C., and Mary Elizabeth Urquhart will continue. This interlocutory order will become final when a judgment is issued in this cause number.

It is so **ORDERED**.

**PER CURIAM**

Panel consists of Justices Jennings, Massengale, and Caughey.